Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.: 09–21469–RTL
        Chapter: 7
        Judge: Raymond T. Lyons Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  June Lewis Robinson
  1 Bob Franks Way Apt 304
  Somerset, NJ 08873

Social Security No.:
  xxx–xx–1655

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Peggy E. Stalford is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>November 25, 2009</u>        <u>Raymond T. Lyons Jr.</u>
                                          Judge, United States Bankruptcy Court